# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2226 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 71 DB 2015 |
| v. | : | |
| | : | Attorney Registration No. 59118 |
| SCOTT DiCLAUDIO, | : | |
| Respondent | : | (Philadelphia) |

## O R D E R

**PER CURIAM**

AND NOW, this 10th day of December, 2015, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is hereby granted, and Scott DiClaudio is subjected to Public Censure by this Court.